UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 5:25-cr-125-TPB-PRL

PAUL ALEXANDER ASKEW

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, states to the Court as follows:

1. An Indictment is pending in this Court against PAUL ALEXANDER ASKEW in the above styled case, and it is set for Arraignment as to said defendant at Ocala, Florida, on February 18, 2026 at 11:00 A.M.

2. The defendant is now confined in Florida Department of Corrections custody at the Reception and Medical Center.

3. It is necessary to have said defendant before this Court for Arraignment as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for Initial Appearance, and upon completion of proceedings in this case to return the said defendant to the custody of the Warden, of the Florida Department of Corrections custody at the Reception and Medical Center, and also directing the said

Warden, of the Florida Department of Corrections custody at the Reception and Medical Center, to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

Date: January 13, 2026

        Respectfully submitted,

        GREGORY W. KEHOE
        United States Attorney

By:   */s/ Patrick M. Flanigan*
      Patrick M. Flanigan
      Assistant United States Attorney
      Florida Bar No. 47703
      400 W. Washington Street, Ste. 3100
      Orlando, Florida 32801
      Telephone:  (407) 648-7500
      Facsimile:   (407) 648-7643
      E-mail: Patrick.Flanigan@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 5:25-cr-125-TPB-PRL

PAUL ALEXANDER ASKEW

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL; and

Warden, of the Florida Department of Corrections custody at the Reception and Medical Center

It appearing from the petition of the United States of America that the defendant in the above case, PAUL ALEXANDER ASKEW, is confined in Florida Department of Corrections custody at the Reception and Medical Center at Lake Butler, Florida, and that this case is set for Arraignment as to said defendant on February 18, 2026, at 11:00 A.M., and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said PAUL ALEXANDER ASKEW now detained in custody as aforesaid, under safe and secure conduct, before this Court on February 18, 2026, at Ocala, Florida, by or before 11:00 A.M. , for Arraignment on criminal charges pending against him in this cause.

And this is to command you, Warden, of the Florida Department of Corrections custody at the Reception and Medical Center, to deliver into custody of

any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return PAUL ALEXANDER ASKEW with all convenient speed, under safe and secure conduct to the custody of the Warden, of the Florida Department of Corrections custody at the Reception and Medical Center.

DONE and ORDERED at Ocala, Florida, this ____ day of 2026.

PHILIP LAMMENS
United States Magistrate Judge