UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 5:25-cr-125-TPB-PRL

PAUL ALEXANDER ASKEW

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   ANY UNITED STATES MARSHAL; and

Warden, of the Florida Department of Corrections custody at the Reception and Medical Center

It appearing from the petition of the United States of America that the defendant in the above case, PAUL ALEXANDER ASKEW, is confined in Florida Department of Corrections custody at the Reception and Medical Center at Lake Butler, Florida, and that this case is set for Arraignment as to said defendant on February 18, 2026, at 11:00 A.M., and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said PAUL ALEXANDER ASKEW now detained in custody as aforesaid, under safe and secure conduct, before this Court on February 18, 2026, at Ocala, Florida, by or before 11:00 A.M. , for Arraignment on criminal charges pending against him in this cause.

And this is to command you, Warden, of the Florida Department of Corrections custody at the Reception and Medical Center, to deliver into custody of

any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return PAUL ALEXANDER ASKEW with all convenient speed, under safe and secure conduct to the custody of the Warden, of the Florida Department of Corrections custody at the Reception and Medical Center.

DONE and ORDERED at Ocala, Florida, this 14th day of 2026.

_____
PHILIP LAMMENS
United States Magistrate Judge