IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.      5:25-cr-125-TPB-PRL

PAUL ALEXANDER ASKEW,
    Defendant.

AUSA: Sarah Swartzberg for Patrick Flanigan
Deft. Atty.: Chrstine Bird

| JUDGE | Philip R. Lammens | DATE AND TIME | February 12, 2026 10:27 am – 10:33 am 6 minutes |
|---|---|---|---|
| DEPUTY CLERK | K. Scott | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Delfino Garza & Marvin Balza |

**CLERK'S MINUTES – INITIAL APPEARANCE AND ARRAIGNMENT**

**INITIAL APPEARANCE**
The defendant was provided with a copy of the indictment.
The defendant was advised of rights, charges, penalties, etc.
Defendant's oral motion to appoint counsel is GRANTED. Federal Defender appointed.

The court advised the parties of the requirements of the Due Process Protections Act.

**ARRAIGNMENT**
The defendant pleads not guilty.
Judge Barber's **PRETRIAL DISCOVERY ORDER TO ENTER.**

Defendant's oral motion for Rule 16(a) discovery and Government's oral motion for Rule 16(b) discovery; GRANTED.

The government orally moves for detention.

Defendant stipulates to detention but reserves the right to file a motion for a bond hearing later.
**ORDER OF DETENTION TO ENTER**

**FILED IN OPEN COURT**:
Financial Affidavit